# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BILLY TYLER, U.S. ex rel,** ) | **CASE NO. 8:07CV361** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **UNITED STATES ATTORNEY,** ) | |
| **INTERNAL REVENUE SERVICES,** ) | |
| **and FEDERAL BUREAU OF** ) | |
| **INVESTIGATIONS,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the plaintiff's Motion for Leave to Proceed in forma pauperis (IFP). (Filing No. 2.) Upon review of the plaintiff's financial affidavit, the plaintiff is provisionally granted leave to proceed IFP.

IT IS THEREFORE ORDERED THAT: The plaintiff's Motion for Leave to Proceed IFP (Filing No. 2) is provisionally granted.

DATED this 16th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge